IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SELBE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PEAK CAMPUS MANAGEMENT, LLC,<br><br>    Defendant.<br>_____/ | No. C-14-3238 MMC<br><br>**ORDER RE: COLLECTIVE ACTION COUNSEL'S UNSOLICITED CASE STATUS REPORT** |

Before the Court is "Collective Action Counsel's Unsolicited Case Status Report," filed June 10, 2015. Defendant has not filed a response thereto.

Having read and considered the status report, the Court finds it unnecessary at this time to take any action as to the matters discussed therein.

**IT IS SO ORDERED.**

Dated: June 23, 2015

                                        MAXINE M. CHESNEY
                                        United States District Judge