United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   NICHOLAS SELBE, et al.,                No. C-14-3238 MMC
12           Plaintiffs,               **ORDER CONTINUING CASE
                                       MANAGEMENT CONFERENCE**
13       v.
14   PEAK CAMPUS MANAGEMENT, LLC,
15           Defendant.
     _____/
16

17       Before the Court is the parties' Joint Stipulation and Case Status Report, filed

18   September 11, 2015, in which the parties represent they have agreed to a settlement of the

19   above-titled case and request a continuance of the Case Management Conference,

20   presently scheduled for September 18, 2015.

21       Good cause appearing, the parties' joint request is granted, and the Case

22   Management Conference is hereby CONTINUED to December 18, 2015, at 10:30 a.m.  A

23   Joint Case Management Conference Statement shall be filed no later than December 11,

24   2015.

25       **IT IS SO ORDERED.**

26

27   Dated:  September 11, 2015

28                                          MAXINE M. CHESNEY
                                            United States District Judge