UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS SELBE, DANIEL GHYCZY, MAKAELA O'CONNELL, and ANNIYA LOUIS on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEAK CAMPUS MANAGEMENT, LLC,<br><br>Defendant. | Case No. 3:14-cv-3238-MMC<br>ORDER APPROVING<br>**JOINT STIPULATION TO CANCEL CASE MANAGEMENT CONFERENCE AND CASE STATUS REPORT**<br><br>Date:     ~~December 18, 2015~~<br>Time:    ~~10:30 a.m.~~<br>Judge:   Hon. Maxine M. Chesney<br>Location: Courtroom 7 (Telephonic)<br><br>Complaint filed:   July 17, 2014<br>Trial date:           Not set |

Plaintiffs Nicholas Selbe, Daniel Ghyczy, Makaela O'Connell, and Anniya Louis ("Plaintiffs"), and Defendant Peak Campus Management, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, submit this Joint Stipulation to Cancel Case Management Conference and Case Status Report.

## BACKGROUND

The original Complaint in this matter was filed on July 17, 2014. The Complaint alleges violations of the Fair Labor Standards Act (FLSA) as well as California state wage and hour law. The Defendant, Peak Campus Management, LLC, manages apartments that are intended for and marketed as housing for college and university students. The Plaintiffs were employed at these properties managed by the Defendant in a position called an "All-Star." For a specified number of hours worked, All-Stars were compensated through the provision of lodging. The Complaint alleges that pursuant to the FLSA, this lodging cannot be credited towards the payment of minimum wages at all and that under California wage and hour law, if the lodging may be credited at all, the permissible maximum is substantially less than the credit taken by the Defendant. The Defendant has denied that its employment or pay practices violated either the FLSA or California state wage and hour law.

On January 21, 2015, the Court conditionally certified this action as an FLSA collective action (the "Consent Order"). The Consent Order approved the notice plan agreed upon by the parties. Through the notice plan and opt-in process, 165 people filed a Consent to Join Collective Action form to join the FLSA portion of the lawsuit as opt-in plaintiffs. An additional number of people are putative plaintiffs pursuant to the California state law portion of the lawsuit resulting in a total class size of approximately 204 class members.

On July 30, 2015, the Parties attended a full day private mediation session in Los Angeles, California with experienced wage and hour mediator Michael E. Dickstein, Esq. at which the Parties agreed to a settlement of this case. At the conclusion of mediation, the Parties entered into a Memorandum of Understanding, which, subject to Court approval, is intended to be a full and final resolution of this case.

**CASE STATUS**

The Parties have now entered into a formal settlement agreement, and on November 20, 2015, Plaintiffs filed an unopposed Motion for Preliminary Approval of Class and Collective Action Settlement. That motion is scheduled to be heard at 9:00 a.m. on December 18, 2015, the same day on which a Case Management Conference is scheduled for 10:30 a.m. Given the pendency of the motion for preliminary approval and the hearing set for December 18, 2015 at 9:00 a.m., the Parties submit that there is no need for a Case Management Conference on December 18, 2015. As such, the Parties respectfully request that the Case Management Conference scheduled for December 18, 2015 at 10:30 a.m. be cancelled.

| | |
|---|---|
| Dated:  December 11, 2015 | KINGSLEY & KINGSLEY |
| | /s/ Eric B. Kingsley<br>ERIC B. KINGSLEY<br>LIANE KATZENSTEIN LY<br>Attorneys for Plaintiffs<br>NICHOLAS SELBE, DANIEL GHYCZY, MAKAELA O'CONNELL, AND ANNIYA LOUIS |
| Dated:  December 11, 2015 | DAVID, KAMP & FRANK, L.L.C. |
| | /s/ Joshua M. David<br>JOSHUA M. DAVID<br>NICHOLAS A. NUNES<br>Attorneys for Plaintiffs<br>NICHOLAS SELBE, DANIEL GHYCZY, MAKAELA O'CONNELL, AND ANNIYA LOUIS |
| Dated:  December 11, 2015 | LITTLER MENDELSON, P.C. |
| | /s/ Elizabeth Staggs Wilson<br>ELIZABETH STAGGS WILSON<br>FATEMEH MASHOUF<br>LITTLER MENDELSON, P.C.<br>Attorneys for Defendant<br>PEAK CAMPUS MANAGEMENT, LLC |

I, Joshua M. David, am the ECF User whose identification and password are being used to file this Joint Stipulation and Case Status Report. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concurred in and authorized this filing.

By: /s/ Joshua M. David

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maxine M. Chesney]*

Dated: December 15, 2015