1  ERIC B. KINGSLEY, Bar No. 185123
   eric@kingsleykingsley.com
2  LIANE KATZENSTEIN LY, Bar No. 259230
   liane@kingsleykingsley.com
3  KINGSLEY & KINGSLEY, APC
   16133 Ventura Boulevard, Suite 1200
4  Encino, CA  91436
   Telephone:  (818) 990-8300
5  Facsimile:  (818) 990-2903

6  JOSHUA M. DAVID (*Admitted Pro Hac Vice*)
   jdavid@davidkampfrank.com
7  NICHOLAS A. NUNES (*Admitted Pro Hac Vice*)
   nanunes@davidkampfrank.com
8  DAVID, KAMP & FRANK, L.L.C.
   739 Thimble Shoals Boulevard, Suite 105
9  Newport News, VA 23606
   Telephone:  (757) 595-4500
10 Facsimile:   (757) 595-6723

11 Attorneys for Plaintiffs
   NICHOLAS SELBE, DANIEL GHYCZY,
12 MAKAELA O'CONNELL, and ANNIYA LOUIS,
   on behalf of themselves and all others similarly
13 situated

14 *Counsel Continued on Next Page*

15                UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17

18 NICHOLAS SELBE, DANIEL              Case No.  3:14-cv-3238-MMC
   GHYCZY, MAKAELA
   O'CONNELL, and ANNIYA LOUIS         **ORDER REGARDING MOTION FOR**
19 on behalf of themselves and others  **PRELIMINARY APPROVAL OF**
   similarly situated,                 **CLASS AND COLLECTIVE ACTION**
20                                      **SETTLEMENT**
                  Plaintiffs,
21
         v.
22
   PEAK CAMPUS MANAGEMENT,
23 LLC,

24                Defendant.

25

26

27

28

ORDER REGARDING MOTION FOR
PRELIMINARY APPROVAL OF CLASS AND
COLLECTIVE ACTION SETTLEMENT

1

*Continued From Previous Page:*

ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA  90071
Telephone:  (213) 443-4300
Facsimile:  (213) 443-4299

SHANNON R. BOYCE, Bar No. 229041
sboyce@littler.com
FATEMEH MASHOUF, Bar No. 288667
fmashouf@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067
Telephone:  (310) 712-7304
Facsimile:  (310) 553-5583

Attorneys for Defendant
PEAK CAMPUS MANAGEMENT, LLC

ORDER REGARDING MOTION FOR
PRELIMINARY APPROVAL OF CLASS AND
COLLECTIVE ACTION SETTLEMENT

1

2
## ORDER

3      Plaintiff's unopposed Motion for Preliminary Approval of Class and Collective

4  Action Settlement ("Motion") came on regularly for hearing on December 18, 2015, at

5  9:00 a.m., in the United States District Court for the Northern District of California,

6  the Honorable Maxine M. Chesney presiding. All parties were represented by counsel.

7      Having considered the memoranda and declarations, oral arguments of counsel,

8  and the relevant statutory and case law, the Court GRANTS Plaintiff's Motion and

9  orders and finds as follows:

10      1.      The Parties' proposed Stipulated Settlement Agreement of Class Action

11  Claims (the "Settlement") is preliminarily approved, and the Class Settlement Notice

12  with Work Period Dispute Form for FLSA Class Members and the Class Settlement

13  Notice with Claim Form for California Non-FLSA Class Members attached hereto as

14  **Exhibit 1** and **Exhibit 2** are approved.

15      2.      The following Class and Collective Action is certified for settlement

16  purposes only pursuant to Federal Rules of Civil Procedure 23 and 29 U.S.C.

17  § 216(b):

18      All persons who have submitted a "Consent to Join Collective Action"
       in the instant Lawsuit prior to June 1, 2015 ("Opt-In Class Members")
19      and all individuals employed in the State of California between
       January 1, 2011 and August 1, 2014 who were employed in any of the
20      following "Covered Positions": All Star; Community Advisor;
       Community Assistant; Leasing All-Star; Work for Rent Leasing All-
21      Star; or any combination thereof ("California Class Members")
       (collectively, "Class Members").
22

23

24      3.      Plaintiffs' attorneys, Joshua M. David of David, Kamp & Frank, L.L.C.

25  and Eric B. Kingsley of Kingsley & Kingsley, APC are appointed Class Counsel, and

26  Nicholas Selbe, Daniel Ghyczy, Makaela O'Connell, and Anniya Louis are appointed

27  as the Class Representatives.

28
ORDER REGARDING MOTION FOR
PRELIMINARY APPROVAL OF CLASS AND
COLLECTIVE ACTION SETTLEMENT

1

2      4.      Simpluris is appointed as the Settlement Administrator.

3      5.      No later than January 12, 2016, Defendant, with the input from Class

4   Counsel contemplated in the Settlement, will provide the Class List to the Settlement

5   Administrator.

6      6.      On January 26, 2016, the Settlement Administrator shall send to the

7   Class Members via United States First Class Mail and, where available, electronic

8   mail, the Court-approved Class Settlement Notices, in the form that is attached hereto

9   as **Exhibit 1** and **Exhibit 2**.

10     7.      No later than February 9, 2016, Class Counsel shall file, serve, and

11  submit for posting on the Settlement Administrator's website their motion for

12  attorneys' fees, litigation costs, and Enhancement Awards.

13     8.      March 25, 2016 is the deadline for Class Members to postmark and send

14  to the Court written objections to the Settlement.

15     9.      March 25, 2016 is also the deadline for California Non-FLSA Class

16  Members (as defined in the Settlement) to postmark and send, as applicable, written

17  requests for exclusion and Claim Forms to the Settlement Administrator.

18     10.     No later than April 8, 2016 Class Counsel shall file and serve their

19  motion for Final Approval of Class and Collective Action Settlement and the parties

20  shall file responses to any objections.

21     11.     The final approval hearing is set for April 29, 2016 at 9:00 a.m.

22     12.     The settlement is deemed filed as of the date of preliminary approval for

23  purposes of providing notice to the appropriate officials pursuant to 28 U.S.C. § 1715.

24
       **IT IS SO ORDERED.**
25

26  Dated: December 30, 2015

27  _____
                                       MAXINE M. CHESNEY
                                       United States District Judge
28
    ORDER REGARDING MOTION FOR PRELIMINARY
    APPROVAL OF CLASS AND COLLECTIVE ACTION
    SETTLEMENT