IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SELBE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PEAK CAMPUS MANAGEMENT, LLC,<br><br>    Defendant.<br>_____/ | No. C-14-3238 MMC<br><br>**ORDER RE: CLASS SETTLEMENT NOTICE WITH WORK PERIOD DISPUTE FORM FOR FLSA CLASS MEMBERS** |

By separate order filed concurrently herewith, the Court has preliminarily approved the parties' proposed Stipulated Settlement Agreement of Class Action Claims.

The parties are hereby advised that the approved form of the Class Settlement Notice with Work Period Dispute Form for FLSA Members, attached as Exhibit 1 to the Court's order, differs from the parties' proposed form in that the Court has changed the term "Class Action Clerk of the Northern District" to "Clerk of the Northern District," as set forth on the fourth page in the sentence beginning with the words, "To object, you must file a written objection."

**IT IS SO ORDERED.**

Dated: December 30, 2015

                                            MAXINE M. CHESNEY
                                            United States District Judge